**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03079-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CURT ALLEN SIGLER,

    Plaintiff,

v.

JASON GARDNER, Esquire,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff, an inmate at the Broomfield Detention Center, has submitted to the court a document titled "In Forma Pauperis and Complaint."  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this court in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    ___   is not submitted
(2)    ___   is missing affidavit
(3)    xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    ___   is missing certificate showing current balance in prison account
(5)    ___   is missing required financial information
(6)    xx   is missing authorization to calculate and disburse filing fee payments
(7)    ___   is missing an original signature by the prisoner
(8)    xx   is not on proper form (must use the court's current form)
(9)    ___   names in caption do not match names in caption of complaint, petition or

|       |       | habeas application |
|-------|-------|--------------------|
| (10)  | ___   | other: _____ |

**Complaint, Petition or Application**:
(11)  ___  is not submitted
(12)  xx   is not on proper form
(13)  ___  is missing an original signature by the prisoner
(14)  ___  is missing page nos. ___
(15)  ___  uses et al. instead of listing all parties in caption
(16)  ___  names in caption do not match names in text
(17)  ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  ___  other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED November 27, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge